**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| ALAN MONDAY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SPECIALIZED LOAN SERVICING, LLC, )<br>)<br>    Defendant. ) | No. 3:22-cv-01297-HLA-LLL |

## NOTICE OF SETTLEMENT

Plaintiff, ALAN MONDAY, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs this Honorable Court that Plaintiff and Defendant, SPECIALIZED LOAN SERVICING, LLC, have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, SPECIALIZED LOAN SERVICING, LLC, with prejudice, within 60 days.

RESPECTFULLY SUBMITTED,

DATED: March 14, 2023      By:  /s/ Shireen Hormozdi
                                        Shireen Hormozdi
                                        Agruss Law Firm, LLC
                                        4809 N. Ravenswood Avenue, Suite 419
                                        Chicago, IL 60640 &
                                          Hormozdi Law Firm, LLC
                                        1770 Indian Trail Lilburn Road, Suite 175
                                        Norcross, GA 30093
                                        Tel: 312-224-4695
                                        Direct: 678-960-9030
                                        shireen@agrusslawfirm.com
                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I certify that on March 14, 2023, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Shireen Hormozdi
       Shireen Hormozdi