UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ALAN MONDAY,**

    Plaintiff,

v.                                             CASE NO. 3:22-cv-1297-HLA-LLL

**SPECIALIZED LOAN SERVICING, LLC,**

    Defendant.
_____/

**O R D E R**

Pursuant to the Notice of Settlement (Dkt. 21), and in accordance with Rule 3.09(b) of the Local Rules of the Middle District of Florida, it is,

**ORDERED:**

1. This case is **DISMISSED without prejudice**, subject to the right of a party to move the Court within sixty (60) days hereof to re-open the case for entry of a stipulated final order or a judgment or for further proceedings.

2. The Clerk of Court is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 15th day of March, 2023.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:   Counsel of Record